**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **OSMAN JAMA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-01911-DB** |
| | § | |
| **TODD BLANCHE**, *et al.*, | § | |
| **Respondents.** | § | |
| | § | |

**FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On August 17, 2026, Respondents filed a "Supplemental Advisory to the Court," ECF No. 17, advising the parties conferred and no issues remain to be decided in this case. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **27th** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**